B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Georgia** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**American Shingle & Siding, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-3447353** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**200 Ashford Center North, Suite 150**<br>**Atlanta, GA**<br>ZIP Code **30338** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**DeKalb** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **American Shingle & Siding, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ (Name of landlord that obtained judgment) |
| _____ (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **American Shingle & Siding, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ George M. Geeslin**
Signature of Attorney for Debtor(s)

**George M. Geeslin 288725**
Printed Name of Attorney for Debtor(s)

**George M. Geeslin, Attorney**
Firm Name

**Eight Piedmont Center, Suite 550**
**3525 Piedmont Road, N.E.**
**Atlanta, GA 30305-1565**

Address

**Email: geeslingm@aol.com**
**(404) 841-3464  Fax: (404) 816-1108**
Telephone Number

**September  2, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Carlton Dewayne Dunko**
Signature of Authorized Individual

**Carlton Dewayne Dunko**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**September  2, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

A&C Home Repair
1446 N Cliff Valley Way Apt C
Atlanta, GA 30319


ABC Storage
PO Box 7176
Loveland, CO 80537


AcceptPrint, LLC
701 Durham Run Court
Auburn, GA 30011


Acme Waste Systems, LLC
1402 S. Auburn Hills
Wichita, KS 67235


AJR Roofing & Construction
1641 Pinelake Drive
Prattville, AL 36067


Alabama Power
PO Box 242
Birmingham, AL 35292


Alabama Roofing Supply
PO Box 100639
Atlanta, GA 30384-0639


All Points Waste Service
PO Box 2458
Indian Trail, NC 28079


Andres J. Correa
7559 Taylor Road
Riverdale, GA 30274

Ard's Container Service LLC
PO Box 7823
Columbia, SC 29202


Arkansas Democrat-Gazette Inc.
PO Box 2221
Business Office - Classifieds
Little Rock, AR 72203


AT&T
PO Box 105262
Atlanta, GA 30348-5262


AT&T Midwest
PO Box 5001
Carol Stream, IL 60197-5001


Atlanta Braves
755 Hank Aaron Drive
Atlanta, GA 30315


Atlanta Cubicle Company
3800 Wendell Dr Ste 401
Atlanta, GA 30336


Atlanta Dunwoody II Associates LLC
c/o Transwestern Commercial Svcs GA
200 Ashfod Center N Ste 230
Atlanta, GA 30338


Atlanta Laser Connection Inc.
849 Pickens Indust Dr Ste 19
Marietta, GA 30062


Atmos Energy
PO Box 79073
Phoenix, AZ 85062-9073

Attic Plus-Hwy280/Hwy119
5320 Hwy 280
Birmingham, AL 35242


AV Roofing, Inc.
6409 Skycrest Lane
Charlotte, NC 28217


Baker Construction
707 Boscobel St.
Nashville, TN 37206


Beyond Computers, Inc.
5511 Hwy 280 E
Birmingham, AL 35242


Blue Sky Plumbing & Heating Inc.
4765 Independence Street
Wheat Ridge, CO 80033


Blue Spruce Seamless Gutters
441 La Costa Lane
Johnstown, CO 80534


Bradenburg Heating & Air
7782 Post Road
Winston, GA 30187


Career Builder, LLC
13047 Collection Center Dr.
Chicago, IL 60693-0130


Carlton D. Dunko
6256 Kingbird Manor Dr.
Lithia, FL 33547

Center Point Energy
PO Box 2628
Houston, TX 77252


Charlotte S.B. Jennings
5131 Fernhill Drive
Charlotte, NC 28217


Charter Business
PO Box 9001920
Louisville, KY 40290-1920


Charter Business - CBN
PO Box 9001917
Louisville, KY 40290-1917


Chilvis Cochran Larkins Bever LLP
3127 Maple Dr NE
Atlanta, GA 30305


City of Cartersville Utilities
PO Box 1390
Cartersville, GA 30120


City of Loveland Water & Power
PO Box 3500
Loveland, CO 80539


City of Tampa-Business Tax Div.
2105 N Nebraska Ave Ground Fl
PO Box 2200
Tampa, FL 33602


Clifford Dan Hill
2210 Trafalgar Court
Marietta, GA 30066

Colcube
1188 Bluffhaven Way
Atlanta, GA 30319


Comcast
PO Box 105184
Atlanta, GA 30348-5184


Comcast Memphis
PO Box 105257
Atlanta, GA 30348-5257


Cooks Pest Control
160 London Pkwy
Birmingham, AL 35211


Cox Communications Inc. Macon
PO Box 61029
New Orleans, LA 70161-1029


Crystal Springs
PO Box 660579
Dallas, TX 75266-0579


Culligan
10821 E 26th St N
Wichita, KS 67226


Curtis 1000 Inc. Southeast
Dept AT 952818
Atlanta, GA 31192-2818


D & M Masonry
5616 Stacy Spring Rd.
Springfield, TN 37172

Dakota Roofing
176 Berry Dr.
Greenville, SC 29607


Davis Contracting
2 Fitzpatrick St.
Elmore, AL 36025


Debris Removal Partners
225 WEathers St Ste 111
Youngsville, NC 27596


Deffenbaugh Industries
Deffenbaugh Disposal Services
PO Box 3249
Shawnee, KS 66203-0249


Deltacom
1058 PO Box 2252
Birmingham, AL 35246


Diamond Roofing
4517 Hillburn Court
Fort Collins, CO 80526


Efrain Morales
821 Quebec
Denver, CO 80215


ELT Enterprise, LLC
1514 64th Avenue Court
Greeley, CO 80634


EmbroidMe - Lenexa
11082 Strang Line Road
Lenexa, KS 66215

Employment Guide
PO Box 711
Bridgeville, PA 15017


Entergy
PO Box 8101
Baton Rouge, LA 70891-8101


Environmental Temperature Control
4310 E 75th Terrace
Kansas City, MO 64132


Exterior Contract Services
1974 Carolina Pl Ste 108
Fort Mill, SC 29708


FedEx
PO Box 660481
Dallas, TX 75266-0481


Finishing Touch
4201 Mason Creek Road
Winston, GA 30187


Finishing Touch Solutions, Inc.
4201 Mason Creek Rd.
Winston, GA 30187


First Industrial LP
PO Box 70257


Ford Pearson
1011 Hastings Court
Lutz, FL 33548

Frank M. Pureber
536 Bimini Bay Blvd.
Apollo Beach, FL 33572


Gate City Renovations
1921 Suite E Boulevard Street
Greensboro, NC 27407


Georgia Dept of Labor
Employer Accounts
148 Andrew Young Intl Blvd NE
Room 768
Atlanta, GA 30303-1751


Georgia Dept of Labor
148 Andrew Young Intl Blvd NE
Suite 826
Atlanta, GA 30303-1732


Georgia Natural Gas
PO Box 105445
Atlanta, GA 30348-5445


Georgia Power
96 Annex
Atlanta, GA 30396-0001


Governor's Office of Consumer Affai
2 MLK Jr Dr SE Ste 356
Atlanta, GA 30334


Green Dream Construction
5867 Riley Road
Ooltewah, TN 37363


GTS Gutter Company LLC
20422 South Purvis Rd.
Pleasant Hill, MO 64080

Gutter Cap
PO Box 26484
Birmingham, AL 35260


Hamil Watson
141 Towey Trail
Woodstock, GA 30188


Handyman Home Improvements
290 Scott Rd.
Toney, AL 35773


Haul Master
PO Box 1668
Snellville, GA 30078


Huntsville Utilities
PO Box 2048
Huntsville, AL 35804


Imprintables International LLC
1306 Orangewalk Dr.
Brandon, FL 33511


Intuitive VOIP Technology
8 S Washington Ave.
Cookeville, TN 38501


J & B Burkett, Inc.
Burkett Contractors
PO Box 873
Little Rock, AR 72203


JBC, LLC
52 Pine Tree Court
Atlanta, GA 30354

JD Roofing
912 Norwood Spring Road
Macon, GA 31211


Jeffrey and Megan Perkins
3347 Sir Lancelot Place
Marietta, GA 30008


JJ Construction & Assoc
2813 Camberly Drive
Durham, NC 27704


Johnny Giddens
375 Wheeler Rd.
Gray, GA 31032


Johnston Allison & Hord PA
PO Box 36469
Charlotte, NC 28236


Juan Rodriguez
3302 Vandergriff Court
Fort Worth, TX 76106


Kansas Attorney General Steve Six
Memorial Hall 2nd Fl
120 SW 10th St
Topeka, KS 66612


KCP&L
PO Box 219330
Kansas City, MO 64121


Kopier Net
1147 NVL Court Suite A
Marietta, GA 30066

```
KUB
PO Box 59017
Knoxville, TN 37950-9017


L & J Contracting
144 Hidden Lake Circle
Canton, GA 30114


Matt Ostrander
Arkansas Custom Roofing
2865 Patricia Lane
Conway, AR 72034


Memphis Light Gas & Water Div.
PO Box 388
Memphis, TN 38145-0388


Metro Roofing
1208 2nd St.
Grandview, MO 64030


Monster Worldwide, Inc.
PO Box 90364
Chicago, IL 60696-0364


Moore Water Treatment Inc.
241 N Hydraulic
Wichita, KS 67214


Nashville Electric Service
1214 Church Street
Nashville, TN 37246-0003


National Career Fairs
1776 W. Horizon Ridge Pkwy Ste 100
Henderson, NV 89012
```

Office Depot
Collections Dept.
PO Box 88040
Chicago, IL 60680-1040


Office Max
PO Box 101705
Atlanta, GA 30392-1705


Office of the Attorney General
323 Center St Ste 200
Little Rock, AR 72201


Office of the Attorney General
1525 Sherman Street
Denver, CO 80203


Paulino Galvin Contracting
9 Cedar Unit D
Atlanta, GA 30350


Pitney Bowes, Inc.
PO Box 856390
Louisville, KY 40285-6390


Premier Guttering
600 N. Second St.
Colwich, KS 67030


Progress Energy
PO Box 2041
Raleigh, NC 27602


Quantum Expositions International
12917 W Harvest Lane Court
Wichita, KS 67235

Qwest
PO Box 29040
Phoenix, AZ 85038


Ramco
3013 Kate Bond Rd.
Memphis, TN 38133


Reitmeyer Construction
506 S Poplar St
Ottawa, KS 66067


RIC Home Solutions
6396 South High Dr.
Denver, CO 80226


Richard Steffy
12570 Bethany Rd.
Alpharetta, GA 30004


Robert Frye
4104 Manor House Dr.
Marietta, GA 30062


Roofing Supply Group
c/o Hays & Potter
3310 Henderson Mill Rd Ste 203
Atlanta, GA 30341


Roofing Supply of Atlanta LLC
PO Box 1598
Kennesaw, GA 30156


Rufus Burney, Sr.
1845 Thomasville Dr.
Atlanta, GA 30315

S & A Seamless Gutters
3375 E. 26th Ave.
Denver, CO 80205


Safe T Systems
2051 Castaic Lane
Knoxville, TN 37932


SED LLC
3584 Hwy 31 South
Pelham, AL 35124


ServPro of Shelby County
10 Monroe Dr.
Pelham, AL 35124


Shelter Distirbution-MW
14374 Collections Ctr Dr
Chicago, IL 60693


Shelter Distribution, Inc. SW
PO Box 840163
Dallas, TX 75284-0163


Simply Efficient
7717 W 6th Ave Ste F
Denver, CO 80214


Six Flags Atlanta Properties
275 Riverside Pkwy SW
Austell, GA 30168


Six Flags Over Georgia
PO Box 533283
Charlotte, NC 28290-3283

Speedpro Imaging
475 Metroplex Dr Suite 409
Nashville, TN 37211


Spring
PO Box 4181
Carol Stream, IL 60197-4181


Steve Samba
1016 Riverchase Pkwy
Birmingham, AL 35244


The Denver Post
PO Box 17930
Denver, CO 80217


The Hartford
PO Box 2907
Hartford, CT 06104


The Honorable Henry McMaster
South Carolina Attorney General
PO Box 11549
Columbia, SC 29211


The Hutsville Times
PO Box 905912
Charlotte, NC 28290-5912


Tim Seals
2009 1st Ave.
Maylene, AL 35114


Time Warner Cable Greensboro
PO Box 70871
Charlotte, NC 28272-0871

Time Warner Cable SWO Div.
PO Box 1060
Carol Stream, IL 60132-1060


Top Notch Homes
115 Scouts Ridge Dr.
Covington, GA 30016


Transwestern
200 Ashford Ctr N Ste 230
Atlanta, GA 30338


Valpak of Atlanta
c/o Cyber Financial
11030 Jones Bridge Rd Ste 206
Alpharetta, GA 30022


Verizon Communications
PO Box 920041
Dallas, TX 75392-0041


Verizon Wireless
Po Box 660108
Dallas, TX 75266


Vernon & Vernon CPA, PA
424 22nd Ave N
Saint Petersburg, FL 33704


WAFF
PO Box 11407
Lockbox 0742
Birmingham, AL 35246-0742


Walden Construction and Restoration
PO Box 2147
Covington, GA 30014

Wall 2 Wall Painting LLC
PO Box 741240
Arvada, CO 80003


Waste Management of Denver
PO Box 78251
Phoenix, AZ 85062


Waste Solutions of Tennessee
PO Box 432
Columbia, TN 38402


Wasteco, Inc.
PO Box 8028
Greenville, SC 29604


WCA of Alabama - Alabama Hauling
1130 County Line Rd.
Trafford, AL 35172-8764


Wes Faulkner
4024 Carwyle Rd.
Pinson, AL 35126-2688


Westar Energy
PO Box 758500
Topeka, KS 66675-8500


Will Parks PC
Northside Courthouse Square
107 East Laurel Street
Scottsboro, AL 35768


Winter Roofing
410 Huntington Road
Andale, KS 67001

WSFA AMSouth Bank
Attn: Lockbox 1400
PO Box 11407
Birmingham, AL 35246-1400


Wyrick Roofing
1022 Foxhunter Rd.
Maynardville, TN 37807


Xactware Solutions, INc.
PO Box 30196
New York, NY 10087


Xcel Energy
PO Box 9477 MPLS
Minneapolis, MN 55484-9477


Yellow Book Mid-Atlantic
PO Box 11815
Newark, NJ 07101-8115


Zters, Inc.
11803 Grant Rd Ste 115
Cypress, TX 77429